PENNSYLVANIA ET AL. v. BOARD OF DIRECTORS OF CITY TRUSTS OF PHILADELPHIA ET AL.

No. 947. Decided June 30, 1958.

*Thomas D. McBride,* Attorney General, and *Lois G. Forer,* Deputy Attorney General, for the Commonwealth of Pennsylvania, *Abraham L. Freedman* and *David Berger* for the City of Philadelphia et al., and *William T. Coleman, Jr., Raymond Pace Alexander* and *Louis H. Pollak* for Foust et al., appellants.

*Arthur Littleton* for the Substituted Trustees, appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.